**Order filed, August 24, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00556-CR
_____

**COLLIN TERRELL LOVETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law #3 & Probate Court
Brazoria County, Texas
Trial Court Cause No. 188056**

---

## ORDER

The reporter's record in this case was due **July 16, 2012**, 2012. *See* Tex. R. App. P. 35.1. On July 12, 2012, this court GRANTED Jane Byrd's motion for extension of time to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jane Byrd**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible

for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Jane Byrd** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM